O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFAT ABDOLLAHI as Trustee for EFAT ABDOLLAHI LIVING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, M.A. SUCCESSOR BY MERGER WITH WACHOVIA MORTGAGE, FSB, <br><br> Defendants. | Case No. CV 11-06511 DDP (JCx) <br><br> **ORDER GRANTING MOTION TO DISMISS** <br><br> [Motion filed on 8-15-11] |

    Presently before the court is Defendant's Motion to Dismiss Plaintiff's Complaint. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

1    The hearing on Defendant's motion was set for September 26, 2011. Plaintiff's opposition was therefore due by September 6, 2011.[1] As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: September 19, 2011

DEAN D. PREGERSON
United States District Judge

---

[1] September 5, 2011 was a holiday.