UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

CLOSED

| | |
|---|---|
| EFAT ABDOLLAHI as Trustee for EFAT ABDOLLAHI LIVING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER WITH WACHOVIA MORTGAGE, FSB; DOES 1 TO 50, Inclusive,<br><br>Defendants. | CASE NO. CV 11-06511 DDP (JCx)<br><br>[Assigned to the Honorable Dean D. Pregerson, District Judge, Courtroom 3]<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.** |

On September 19, 2011, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER WITH WACHOVIA MORTGAGE, FSB) ("Wells Fargo") to dismiss the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant Wells Fargo is dismissed from this action with prejudice.

2. Plaintiff Efat Abdollahi as Trustee for Efat Abdollahi Living Trust shall take nothing from defendant Wells Fargo.

3. As the prevailing party, defendant Wells Fargo may submit motions to tax costs and to recover reasonable attorneys' fees.

IT IS SO ORDERED.

Dated:  September 21, 2011

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE